**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | KDP Investment Advisors, Inc. |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 03-0351824 |
| 4. | **Debtor's address** | **Principal place of business**  24 Elm Street  Montpelier, VT 05602  Number, Street, City, State & ZIP Code    Washington  County  |  **Mailing address, if different from principal place of business**    P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**    Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.kdpadvisor.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor __KDP Investment Advisors, Inc.__ Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☒ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __5239__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor __See Attachment__ Relationship _____
District _____ When _____ Case number, if known _____

Debtor   KDP Investment Advisors, Inc.                                  Case number (*if known*)
         Name

| 11. | Why is the case filed in *this district?* | Check all that apply: |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other  _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name       _____
         Phone              _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one: |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☒ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor   KDP Investment Advisors, Inc.  
         Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 21, 2023  
              MM / DD / YYYY

X   */s/ Kingman D. Penniman*  
    Signature of authorized representative of debtor

    Kingman D. Penniman  
    Printed name

Title   President & Chief Executive Officer

**18. Signature of attorney**

X   */s/ David Klauder*  
    Signature of attorney for debtor

Date   May 21, 2023  
       MM / DD / YYYY

David Klauder  
Printed name

Bielli & Klauder, LLC  
Firm name

1204 N. King Street  
Wilmington, DE 19801  
Number, Street, City, State & ZIP Code

Contact phone   (302) 803-4600     Email address   dklauder@bk-legal.com

5769 DE  
Bar number and State

Debtor  KDP Investment Advisors, Inc.  
        Name

Case number *(if known)* _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:  
DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | KDP Asset Management, Inc. | | Relationship to you | Affiliate |
| District | Delaware | When | Case number, if known | |
| Debtor | KDP, LLC | | Relationship to you | Affiliate |
| District | Delaware | When | Case number, if known | |

**UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF
KDP INVESTMENT ADVISORS, INC.**

May 21, 2023

Pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, the undersigned, being the sole member of the Board of Directors (the "**Board**") of KDP Investment Advisors, Inc., a Delaware corporation (the "**Company**"), waiving all notice, hereby adopt the resolutions attached as Annex A without the holding of a meeting, such resolutions to have the same force and effect as if they had been adopted at a duly called and held meeting of the Board, and direct that a copy of such resolutions be filed in the Minute Book of the proceedings of the Board.

IN WITNESS WHEREOF, the undersigned have executed this written consent to be effective as of the date first above written.

**DIRECTOR:**

*/s/ Kingman D. Penniman*
Kingman D. Penniman, CFA

**ANNEX A**

**RESOLUTIONS ADOPTED BY
THE BOARD OF DIRECTORS OF
KDP INVESTMENT ADVISORS, INC.**
(the "**Company**")

**WHEREAS**, the Board of Directors (the "Board") of the KDP Investment Advisors, Inc. (the "Company"), having considered the financial and operational conditions and strategic alternatives of the Company, and having reviewed, considered and received the recommendation of senior management to the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company under chapter 11, of title 11 of the United States Code (the "Bankruptcy Code"), has determined that it is desirable and in the best interests of the Company and its affiliated entities, creditors, shareholders, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT**

**Chapter 11 Case**

**RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and to file all necessary papers and documents to effectuate and carry out the chapter 11 bankruptcy filing;

**RESOLVED,** that Dr. Isaac Cheng, President and Secretary for the Company (referred to herein as the "Authorized Person") hereby is authorized and empowered to (i) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of the Company's chapter 11 petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (ii) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case; (iii) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (iv) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

**Debtor in Possession Financing**

**RESOLVED**, that the Authorized Person is authorized and empowered to execute any and all requisite documentation in connection with the entry by the Company into that certain debtor-in-possession facility (as the same may be amended, restated, supplemented, or otherwise modified from time to time in accordance with its terms, the "DIP Financing"), and to enter into any guarantees and to pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of the DIP Financing; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash

collateral agreements, and related ancillary documents as required pursuant to the terms and conditions of such DIP Financing, subject to Bankruptcy Court approval;

**RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the chapter 11 case, the DIP Financing, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company;

**363 Sale Process and, if Applicable, Stalking Horse Agreement**

**RESOLVED**, that the Authorized Person is authorized and directed to take any and all actions necessary and appropriate to pursue and further the marketing and competitive sale process with respect to the Company's assets including, without limitation, entering into a stalking horse purchase agreement (if applicable), any and all other purchase agreements (if applicable), and other ancillary documents in connection therewith (the "Sale Transaction Documents"), subject to Bankruptcy Court approval;

**Retention of Advisors**

**RESOLVED**, that the law firm of Bielli & Klauder, LLC, be and hereby is employed as attorneys for the Company in the Company's chapter 11 case and is authorized to perform all legal services necessary appropriate to effectuate the Company's chapter 11 case;

**RESOLVED**, that the Authorized Person is authorized and directed to take any and all action necessary and appropriate to retain professionals to preform and provide services necessary and appropriate to the Company to effectual the chapter 11 case; subject to Bankruptcy Court approval;

**RESOLVED**, that the acts, actions and transactions taken by the officers or the Board or any other Authorized Person taken prior to the date of the foregoing resolutions adopted and within the authority conferred, are hereby ratified, confirmed, and approved in all respects as the act and deed of the Company.

**General**

**RESOLVED**, that all prior lawful acts taken or caused to be taken by or on behalf of the Company by its Authorized Agent in connection with the matters that are the subject of the foregoing recitals and resolutions, are hereby ratified, approved and confirmed in all respects and adopted as the acts of the Company; and finally

**RESOLVED**, that the Authorized Person be, and such Authorized Person hereby is, authorized, empowered and directed, for and on behalf of the Company, to prepare and deliver or cause to be prepared and delivered and to execute all documents and take or cause to be taken such further actions as such Authorized Person may deem necessary, appropriate or advisable to fully

effectuate the intent of the foregoing recitals and resolutions and to comply with the provisions of any of the documents or instruments approved or authorized hereby.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.*]

# United States Bankruptcy Court
### District of Delaware

In re: KDP Investment Advisors, Inc.  
Debtor(s)

Case No.  
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| KDP LLC<br>24 Elm Street<br>Montpelier, VT 05602 | Common Stock | 159,562 Shares | Equity |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President & Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: May 21, 2023

Signature: /s/ Kingman D. Penniman  
Kingman D. Penniman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re: KDP Investment Advisors, Inc.
Debtor(s)

Case No.
Chapter: 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for KDP Investment Advisors, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

KDP LLC
24 Elm Street
Montpelier, VT 05602

☐ None [*Check if applicable*]

| | |
|---|---|
| May 21, 2023 | */s/ David Klauder* |
| Date | David Klauder |
| | Signature of Attorney or Litigant |
| | Counsel for KDP Investment Advisors, Inc. |
| | Bielli & Klauder, LLC |
| | 1204 N. King Street |
| | Wilmington, DE 19801 |
| | (302) 803-4600  Fax: |
| | dklauder@bk-legal.com |

Fill in this information to identify the case:

Debtor name: KDP, LLC, et al.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders - Consolidated

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express  P.O. Box 1270  Newark, NJ 07101-1270 | | | | | | $6,995.02 |
| Bloomberg, L.P.  P. O. Box 416604  Boston, MA 02241-6604 | | | | | | $20,888.70 |
| Blue Cross/Blue Shield of Vermont  P. O. Box 1950  Brattleboro, VT 05302-1950 | | | | | | $1,622.80 |
| Blue Cross/Blue Shield of Vermont  P. O. Box 1950  Brattleboro, VT 05302-1950 | | | | | | $596.43 |
| Connecticut Investments LLC  c/o Andre D. Bouffard, Esquire  199 Main Street, P.O Box 190  Burlington, VT 05402-0190 | | | Contingent  Unliquidated  Disputed | | | $3,750,000.00 |
| Iron Mountain  P. O. Box 27128  New York, NY 10087-7128 | | | | | | $519.46 |
| M&T Bank  One M&T Plaza  8th Floor  Buffalo, NY 14203-2399 | | | | | | $25,000.00 |

Debtor  KDP, LLC, et al.  
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Martin Bradford 10 Edenhurst Road SW6 3PB United Kingdom | | | | | | $5,084,296.00 |
| Medicare Northeast 1233 Shelburne Road C-2B South Burlington, VT 05403 | | | | | | $1,750.00 |
| New York Taxation and Finance NYS Assessment Receivables P. O. Box 4127 Binghamton, NY 13902 | | | | | | $160,089.73 |
| Peter Merrill 1108 Elmore Mountain Road Morrisville, VT 05661 | | | | | | $157,613.00 |
| Smarsh P. O. Box 8023 Carol Stream, IL 60197-8023 | | | | | | $570.66 |
| U.S Small Business Administration Disaster Assistance Processing Center 14925 Kingsport Road Fort Worth, TX 76155 | | | | $699,500.00 | $0.00 | $699,500.00 |
| U.S. Small Business Administration VT District Office 87 State Street Montpelier, VT 05602 | | | | $30,661.50 | $0.00 | $30,661.50 |

Advisors Asset Mangement, Inc.
Attn: Ms. Christine Flint
18925 Base Camp Road Suite 203
Monument, CO 801323

American Express
P. O. Box 1270
Newark, NJ 07101-1270

American Financial Group, Inc
Ms. Jennifer Evert
27 301 East Fourth Street
Cincinnati, OH 45202

Ameriprise Financial Services, Inc.
Attn: Yvonne Sparrowgrove
684 Ameriprise Financial Center
Minneapolis, MN 55474-9900

Aviary Capital
Mr. Steven Taub
300 Frank W. Burr Blvd.
Teaneck, NJ 07666

BB&T/Scott Stringfellow (Bergen Capital)
Attn: Rob Joslin
8006 Discovery Drive
Richmond,VA 23299

Beacon Investment Co. (Telemus Capital)
Attn: Accounting Department
Two Towne Square Suite 800
Southfield,MI 48076

Bloomberg, L.P.
P.O. Box 416604
Boston,MA 02241-6604

Blue Cross/Blue Shield of Vermont
P.O. Box 1950
Brattleboro,VT 05302-1950

Brian Bogart

Burroughs

California State Teachers' Retirement
Attn: Marcella Tedia
Fixed Income Unit 100 Waterfront Place
West Sacramento, CA 95605-2807

Cappaert

Cazayoux

City of Montpelier
39 Main Street
Montpelier, VT 05602


Connecticut Investments LLC
c/o Andre D. Bouffard, Esquire
199 Main Street, P.O Box 190
Burlington,VT 05402-0190


Diagnostic Lab Corporation
Attn: Bella Brenner
560 Sylvan Avenue - Suite 3160
Englewood Cliffs, NJ 07632


Duffel


Ferguson


Fidelity Management & Research Co.
Attn: Accounts Payable
Mail Zone T4S - 2 Contra Way
Merrimack,NH 03054


First Eagle Investment Management, LLC
Attn: Debbie Lusman
1345 Avenue of the Americas
New York,NY 10105-4300


Galliard Capital Management
800 LaSalle Avenue
Minneapolis, MN 55402-2006


GMS Group
Attn: Mr. Paul Konsig
2600 N Military Trail - Suite
400 Boca Raton, FL 33431


GoldenTree Asset Management
Attn: Allison Robinson
300 Park Avenue, 21st Floor
New York, NY 10022


Guardian Capital LP
Attn: Darryl Workman
P.O. Box 201 - Suite 3100
Toronto, Ontario  M5L 1E8,


GW&K Investment Management, Inc.
Attn: Dino DiFronzo
222 Berkeley Street
Boston, MA 02116


Herbert J. Sims & CO., Inc.
Attn: Christysen Vernon
2150 Post Road
Fairfield, CT 06832

Honeywell International, Inc.
Attn: Mr. Alex Olarte
115 Tabor Road
Morris Plains, NJ 07950


ImPax Asset Mgmt.
Attn: Vanessa Pearl
30 Penhallow Street, Suite 400
Portsmouth, NH 03801


Iron Mountain
P. O. Box 27128
New York, NY 10087-7128


Irving Energy
P.O. Box 11013
Lewiston, ME 04243


Jailhouse Common Associates
70 Main Street
Montpelier, VT 05602


KDP Asset Management, Inc.
24 Elm Street
Montpelier, VT 05602


KDP, LLC
24 Elm Street
Montpelier, VT 05602


Kingman Penniman
423 Chandler Road
Northfield, VT 05663


Lazard Asset Management
Attn: Michael Krenn
30 Rockefeller Plaza 58th Street
New York, NY 10020-2167


M&T Bank
One M&T Plaza 8th Floor
Buffalo, NY 14203-2399


Magee Office Plus
P.O. Box 280
Randolph, VT 05060


Medicare Northeast
1233 Shelburne Road C-2B
South Burlington, VT 05403


Mekhilef

```
Member Capital Advisors
Mr. Rick Sapp
CUNA Mutual Group
P.O. Box 354
Waverly, IA 50677-0354


Michael H. Penniman
P.O. Box 506672
Dubai UAE


Miller Buckfire & Co.
c/o Stifel, Nicolaus & Co.
One South Street, 17th Floor
Baltimore, MD 21202


Morgan Stanley & Co, Inc.
IT Finance - Market Data
One New York Plaza, 32nd FL
New York, NY 10004


New York Taxation and Finance
NYS Assessment Receivables
P.O. Box 4127
Binghamton, NY 13902


Nuveen Investment Management
Attn: Greeshma Jijith
730 Third Avenue
New York, NY 10017


Payden & Rydgel
Attn: Greg Morrison
333 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071


Philips, Hager & North Invest. Mgt.
Attn: Accounts Payable
200 Burrard Street, 21st Floor
Vancouver, BC Canada V6C 3


Pitney Bowes
NorthEast Mailing Systems
26 Bank St. Lebanon
Lebanon, NH 03766


R.W. Baird & Co.
Attn: Derek Brewer
777 E. Wisconsin Avenue
Milwaukee, WI 53202


Richard S. Penniman
Urbanizacion Marbellamar Management, Inc
Casa 62 Marbella 29602
Malaga, Spain


Securities Exchange Commission
100 Pearl Street Suite 20-100
New York, NY 10004-2616
```

```
SG Americas Securities, LLC
Attn: Accounts Payable
1221 Avenue of the Americas
New York, NY 10020


Smarsh
P.O. Box 8023
Carol Stream, IL 60197-8023


Stifel, Nicolaus & Co.
Mr. Steven Boff 501 N. Broadway
Saint Louis, MO 63129


Swiss Life Asset Management
2 Bis, boulevard
Euromediterranee Quai d'Arenc CS 50575


Usherwood Office Technology
1005 W. Fayette St.
Syracuse, NY 13204


Wachovia (Wells Fargo)
1 N. Jefferson Avenue D
Saint Louis, MO 63103


William F. Penniman
P.O. Box 621
Irvington, VA 22480
```

# United States Bankruptcy Court
### District of Delaware

In re   KDP Investment Advisors, Inc.                                Case No.
                                    Debtor(s)                        Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the President & Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   May 21, 2023                        */s/ Kingman D. Penniman*
                                            Kingman D. Penniman/President & Chief Executive Officer
                                            Signer/Title